ACCEPTED
03-13-00370-CV
6407497
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 2:37:31 PM
JEFFREY D. KYLE
CLERK

# BRIM, ARNETT & ROBINETT, P.C.

|  | Attorneys at Law |  |
|---|---|---|
| Jefferson K. Brim, III | 2525 Wallingwood Drive | Norma J. Cantu |
| Richard L. Arnett | Building 14 | Corey F. Tanner |
| Mark W. Robinett | Austin, Texas 78746 | Brandon X. Brim |
|  | (512) 328-0048 | Lisa J. Soto, Of Counsel |
|  | (512) 328-4814 (facsimile) | |
| Writer's e-mail: mrobinett@brimarnett.com | www.brimarnett.com | |

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 2:37:31 PM

JEFFREY D. KYLE
Clerk

August 7, 2015

**VIA E-FILING**

Frances Hewtty, Deputy Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

        Re:    Court of Appeals Number:    03-13-00370-CV
               Trial Court Case Number:    D-1-GN-12-002991

Dear Ms. Hewtty,

    I am writing to request that the Court not schedule any matters involving the above captioned case between August 27, 2015 and September 4, 2015 as I will be out of town on a previously scheduled vacation. If you have any questions, please contact my office.

    Thank you for your attention to this matter.

               Sincerely

               Mark W. Robinett

MWR/rg

cc:    Ellen M. Sameth, Attorney for State Board for Educator Certification